# Civil Rights Consortium

January 17, 2025

**BY ECF**
Hon. Vera M. Scanlon, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1214
Courtroom: 13A – South Wing
Brooklyn, New York 11201

        **RE: Rodriguez *vs*. 88-18 Tropical Restaurant Corp. et al.,**
        **Civil Docket No. 21-03573(ENV)(VMS)**

Dear Judge Scanlon,

    I am writing to notify the Court that the Defendants have moved in Bankruptcy Court, for reorganization *In Re ECUO Foods, Inc., Case No. 25-40252 (EDNY)*. Additionally, the parties apologize to the Court for any inconvenience to the Court in the delay of what also constitutes the parties' joint status report.

Respectfully Submitted,

*E. Dubois Raynor, Jr.*
Earl Dubois Raynor, Esq.
Managing Attorney

**BY ECF**
Pechman Law Group PLLC
ATTORNEYS FOR THE PLAINTIFF
488 Madison Avenue, 17th Floor
New York, New York 10022

89-07 JAMAICA AVENUE, WOODHAVEN, NY 11421
T (855) 246-2776 (MAIN) * (347) 508-3497 (DIRECT)
WWW.CIVILRIGHTSCONSORTIUM.COM